STATE OF CONNECTICUT *v.* REGINALD REESE

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 152 (AC 23075), is denied.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, and *Jonathan C. Benedict,* state's attorney, in opposition.

Decided September 4, 2003

STATE OF CONNECTICUT *v.* CYRUS GRIFFIN

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 424 (AC 23271), is granted, limited to the following issue: